IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ROBERT ALLEN**                                                                    **PLAINTIFF**

V.                          **CASE NO. 3:15-CV-03062**

**PAUL WOODRUFF**, Chief of Police, Harrison, Arkansas;
**J.W. SALLER**, Transportation Officer; **SHERIFF**
**MIKE MOORE**, Boone County, Arkansas; and
**SERGEANT GOODMAN**                                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 26) filed in this case on November 16, 2015, by the Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **DISMISSED WITH PREJUDICE** for failure to prosecute and obey Court orders. Judgment will enter concurrently with this Order.

**IT IS SO ORDERED** on this 4th day of December, 2015.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE